HORN, APPELLANT, *v.* MAYFIELD, ADMR.;
INLAND DIVISION, GMC, APPELLEE, ET AL.

[Cite as Horn *v.* Mayfield (1988), 39 Ohio St. 3d 349.]

(No. 88-435—Submitted September 21, 1988—Decided November 23, 1988.)

*E. S. Gallon & Associates* and *Deborah J. Adler,* for appellant.

*Smith & Schnacke Co., L.P.A.,* and *Thomas P. Whelley II,* for appellee.

*Stewart Jaffy & Associates Co., L.P.A.,* and *Stewart R. Jaffy,* urging reversal for *amicus curiae,* Ohio AFL-CIO.

The judgment of the court of appeals is hereby affirmed on authority of *Clementi* v. *Wean United, Inc.* (1988), 39 Ohio St. 3d 342, 530 N.E. 2d 909.

MOYER, C.J., LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.

DOUGLAS, J., dissenting. I respectfully dissent. For the reasons stated in my dissent in *Clementi* v. *Wean United, Inc.* (1988), 39 Ohio St. 3d 342, 530 N.E. 2d 909, this case should be reversed on the authority of *Dent* v. *AT&T Technologies* (1988), 38 Ohio St. 3d 187, 527 N.E. 2d 821. It appears to me that this case and *Dent* are inapposite to *Clementi* — but then I readily admit that I do not understand *Clementi.*

SWEENEY, J., concurs in the foregoing dissenting opinion.